FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMBER ROBLES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WALTER MILLER, WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 12-0195-GAF (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: 　　August 30, 2012　　

　　　　　　　　　　　　　　　　　　／s／ Gary A. Feess
　　　　　　　　　　　　　　　　　　Gary A. Feess
　　　　　　　　　　　　　　　　　　United States District Judge