JS - 6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

AMBER ROBLES,

    Petitioner,

v.

WALTER MILLER, WARDEN,

    Respondent.

Case No. EDCV 12-0195-GAF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:   August 30, 2012

_____
Gary A. Feess
United States District Judge