FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/Enter

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| AMBER ROBLES,<br><br>           Petitioner,<br><br>           v.<br><br>WALTER MILLER, WARDEN,<br><br>           Respondent. | Case No. EDCV 12-0195-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:      August 30, 2012

_____
Gary A. Feess
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY